# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0728
LT Case Nos. 2024-107491-CFDL

_____

KYLE V. MURRAY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Karen Adams Foxman, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

January 20, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————